# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:08-CR-424 |
| : | |
| v. : | (Judge Conner) |
| : | |
| **WILLIAM DAVENPORT (6),** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 23rd day of June, 2020, upon consideration of defendant William Davenport's motion (Doc. 395) for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that the motion (Doc. 395) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania